IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER RENEE BINDER,<br><br>Plaintiff,<br><br>v.<br><br>HARCOURT'S INTEGRITY TEAM REAL ESTATE, BEVERLY JEAN HEYER, and PHILLIP F. WOOD,<br><br>Defendants. | Case No. 6:16 CV 02343-JR<br><br>O R D E R |

Magistrate Judge Russo filed her Findings and Recommendation on February 15, 2017. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Russo's rulings.

I find no error.

THEREFORE, IT IS HEREBY ORDERED that I adopt Magistrate Judge Russo's Findings and Recommendation filed February 15, 2017 in its entirety. The defendants' Motion to Dismiss (doc. 15) is denied as moot.

Dated this 13th day of April, 2017.

_____
Ann Aiken, United States District Judge